IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

Jordan Anthony Tamay Torres,                )
                                                          )        **next of friend,**
                                                          )        Josselyn Andrea Duque
                                                          )        Infante
            v.                                            )        [A#245-800-440]
                                                          )
LaDeon Francis, In his official capacity    )
As Acting Field Office Director of New York )
Immigration and Customs Enforcement,    )
Kristi NOEM In her official capacity as    )
Secretary of Homeland Security; Pam Bondi )
In her official capacity as Attorney general.  )
                                                          )
            Respondents.                          )

_____

### PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

This is a petition for a writ of habeas corpus filed pro se on behalf of ***Jordan Anthony Tamay Torres***, from here on after Petitioner, seeking relief to remedy his unlawful arrest and detention.  This petition is being filed by ***Josselyn Andrea Duque Infante***, the Petitioner's partner and mother of their baby, (Dannae Isabella Tamay Duque, DOB July 16th, 2024)  as next of friend. She is filling it because her

partner has been detained at Federal plaza since November 23rd, 2025 without access to counsel or the ability to file the petition on his own. The room where the petitioner is detained does not grant access to paper, or legal information on his ability to challenge his unlawful detention before this court in English or Spanish.

Josselyn Andrea Duque Infante, the Petitioner's partner,  has "next friend" standing  because she is acting in the best interest of their family to bring this action under § 2241 because Petitioner is detained and without access to counsel, or the ability to receive or send mail or sign documents at the place he is currently detained. See Ross ex rel. Dunham v. Lantz, 408 F.3d 121, 123 (2d Cir. 2005) ("First, a 'next friend' must provide an adequate explanation … why the real party in interest cannot appear on his own behalf to prosecute the action. Second, the 'next friend' must be truly dedicated to the best interests of the person on whose behalf he seeks to litigate[.]").

Petitioner's argues that his arrest violates his Fifth Amendment right to Procedural Due Process because ICE detained him without notice, an opportunity to respond, or an individualized determination that he posed a flight risk or danger to the community, during a regular ICE "check-in" at the ICE New York City Field Office located inside 26 Federal Plaza. ICE also violated Petitioner's right to Due Process when it failed to allow him to contact counsel or provide an avenue so that

he could reach out to counsel or request counsel to file a Habeas Corpus challenging his unlawful detention.

On or about February 7th, 2024, the Petitioner entered the United States of America and was placed in proceedings pursuant to 236 under 1226 as can be seen by his NTA. Petitioner was released and on a later date filed his I-589 application for Asylum, Withholding of Removal and protection under the Convention Against Torture.

Petitioner had a scheduled Master Calendar hearing on February 7th, 2025; which he attended. At that hearing petitioner was scheduled by the Immigration Judge for an individual hearing on January 20th, 2028. On October 31st, 2025 he received an e-mail notice where he was scheduled to attend an ICE check-in at 26 Federal Plaza on November 23rd, 2025. The petitioner attended this ICE check-in as he was told to do. While attending an ICE "check-in" on November 23rd, 2025, petitioner was arrested by DHS/ICE without being given due process and without a proper procedure on which to challenge any allegations made by DHS/ICE as to his arrest.

This arrest follows a common practice now by DHS/ICE where U.S. Immigration and Customs Enforcement ("ICE") detains people without any individualized assessment of flight risk and dangerousness. Violating further his Procedural Due Process Rights, he has been detained by DHS/ICE without access

to counsel in violation of his rights to Due Process guaranteed by the Constitution Fifth amendment.

## CUSTODY

1. Petitioner is in the physical custody of Field Office Director for Detention and Removal, held by ICE, a component of the Department of Homeland Security (DHS). At the time of the filing of this petition, Petitioner is at 26 Federal Plaza. Jurisdiction and venue in this Court are proper because the events giving rise to the petition occurred in the District, and the immediate custodian detaining Petitioner is also in the District.

## JURISDICTION

2. This action arises under the Constitution of the United States, the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1101 et. seq., as amended by the Illegal Immigration Reform and Immigrant Responsibility Act of 1996 ("IIRIRA"), Pub. L.No. 104-208, 110 Stat. 1570. This Court has jurisdiction under 28 U.S.C. § 2241, art. I, § 9, cl. 2 of the United States Constitution ("Suspension Clause") and 28 U.S.C. § 1331, as Petitioner is presently in custody under color of authority of the United States and such custody is in violation of the U.S. Constitution, laws, or treaties of the United States. This Court may grant relief pursuant to 28 U.S.C. § 2241, and the All Writs Act, 28 U.S.C. § 1651.

VENUE

3. Venue lies in the United States District Court for the Southern District of New York, the judicial district in which the Due Process violations occurred and where he was unlawfully arrested and resided while the violation of his Procedural Due Process rights were occurring.  28 U.S.C. § 1391(e).

PARTIES

4.     Petitioner is a national and citizen of Ecuador who was forced to flee his native country due to threats on his life. Petitioner requested protection within the United States after his entry on or about February 7th, 2024.  Petitioner presented his case for I-589 application for Asylum, Withholding of Removal and CAT which remains pending before the EOIR.  He is detained at 26 Federal Plaza by the Respondents in violations of his Procedural Due Process rights.

5.     Respondent LaDeon Francis is the Field Office Director for Detention and Removal, USICE, DHS.  Respondent is a custodial official acting within the boundaries of the judicial district of the United States Court for the Southern District of New York. Pursuant to Respondent orders, Petitioner remains detained.

6.     Respondent is Kristi Noem in her official capacity as Secretary of Homeland Security. She is Petitioner's immediate custodian and resides in the judicial district of the United States Court for the Southern District of New York.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

7.     Petitioner has no administrative remedies available as he was not able to challenge the individualized assessment that he posed a flight risk or was a danger to the community as required by immigration law in cases involving 1226a detentions. Pursuant to currently operative policy, ICE has taken the position that individuals like Petitioner are subject to mandatory detention. Respondent Pam Bondi, who as Attorney General oversees the Executive Office of Immigration Review that employs immigration judges, has overseen the implementation of policies of categorically denying bond hearings to individuals such as Petitioner. There is no avenue for administrative review, and assuming any such review existed, it would be futile.

8.     Petitioner's only remedy is by way of this judicial action in seeking protection from having his Procedural Due Process rights violated.

## STATEMENT OF FACTS

9.    Petitioner is a national and citizen of Ecuador who turned himself in at the border on or about February 7th, 2024. He was in immigration proceedings and released under § 236 and § 1226 authority.

10.    On a later date petitioner filed his application for relief in the form of I-589 application for Asylum, Withholding of Removal, and Protection under the Convention Against Torture.

11.    On November 23rd, 2025, while attending an ICE "check-in", petitioner was arrested by DHS/ICE without being given due process and without a proper procedure on which to challenge any allegations made by DHS/ICE as to his arrest.

12.    Petitioner was whisked away and placed in a holding tank with others that had been similarly arrested as himself.

13.    Petitioner was then placed in the holding area and continues to be detained under respondents' custody. Petitioner was not provided an opportunity to call counsel or provided with information on relief available or challenges he could make to these Procedural Due Process Violations. He was not provided with access to a law library or any means that would allow him to prepare even a Pro se habeas corpus.

14.    Petitioner was not notified by DHS/ICE of any availability to file bond or a habeas corpus petition and was denied the opportunity to seek release. The Holding area at 26 Federal Plaza neither provides paper nor envelopes which he could have used to prepare his petition, constituting another violation of his Due Process rights.

15.    Petitioner did not receive any notice or opportunity to be heard as to whether a change of custody was warranted or given a means to provide evidence that his arrest was not necessary as he had shown up to court repeatedly and had counsel.

16.    Petitioners have not been allowed to call any nonprofit nor have any opportunity to seek representation given strict limitations on call time.

17.    Respondents' violations of Petitioner's Procedural Due Process rights are very serious. First, they detained him without justification; second, they denied him access to counsel which is guaranteed under Due Process; and third, they subjected him to conditions that violated the basic principles of Due Process.

18.    Respondents' ongoing detention of petitioner with no due process at all, and much less a prior notice, no showing of changed circumstances, or an opportunity to respond is a clear violation of his Due process rights," ***Valdez v. Joyce, No. 25cv4627***, 2025 WL 1707737, *4 (S.D.N.Y. June 18, 2025).

19.    Respondents' decision to violate petitioner's Due Process rights and subject him to these violations is a grave violation of the Fifth Amendment's right to Procedural Due Process. The failure of providing petitioner access to his counsel after his arrest is a further violation of his Due Process rights.

## CLAIMS FOR RELIEF

## COUNT ONE CONSTITUTIONAL CLAIM

21.    Petitioners alleges and incorporates by reference paragraphs 1 through 21 above.

22.    Petitioners' detention violates his right to substantive and procedural due process guaranteed by the Fifth Amendment to the U.S. Constitution.

## COUNT TWO STATUTORY CLAIM

23.    Petitioners alleges and incorporates by reference paragraphs 1 through 22 above.

24.    Petitioner's continued detention violates the Immigration and Nationality Act, The Administrative Procedure Act, and the U.S. Constitution's Fifth Amendment Procedural Due Process Clause.

COUNT THREE

25. If he prevails, Petitioner requests attorney's fees and costs under the Equal

Access to Justice Act ("EAJA"), as amended, 28 U.S.C. § 2412.

PRAYER FOR RELIEF

WHEREFORE, Petitioner prays that this Court grant the following relief:

1.    Assume jurisdiction over this matter.

2.    Enjoin the Respondents from transferring Petitioner away from the

jurisdiction of this district pending these proceedings.

3.    Issue an order directing Respondents to show cause why the writ should not

be granted within 7-15 days to safeguard his Procedural Due Process rights.

4.    Issue a writ of habeas corpus ordering Respondents to release Petitioner on

his own recognizance or under parole, a low bond or reasonable conditions

of supervision show.

5.    Award Petitioner reasonable costs and attorney's fees; and,

6.    Grant any other relief which this Court deems just and proper.

7.

Respectfully submitted,

Date:November23, 2025                    _____

Josselyn Andrea Duque Infante
on behalf of petitioner Oscar
Jordan Anthony Tamay Torres,
(A#245-800-440) as Next of
Friend.

# EXHIBIT A

COPY OF BIRTH CERTIFICATE OF DANNAE ISABELLA TAMAY DUQUE, DAUGHTER OF PETITIONER AND NEXT OF FRIEND, JOSSELYN ANDREA DUQUE INFANTE
SHOWING PETITIONER AND NEXT OF FRIEND'S RELATIONSHIP.

 & AFFIDAVIT BY NEXT OF FRIEND.

THE CITY OF NEW YORK
VITAL RECORDS CERTIFICATE

## CERTIFICATE OF BIRTH REGISTRATION

THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE

DATE FILED
JUL 18, 2024
03:23 PM

### CERTIFICATE OF BIRTH

CERTIFICATE NO. **156-24-051780**

| 1. NAME OF CHILD | (First, Middle, Last, Suffix) **DANNAE ISABELLA TAMAY DUQUE** | | | | | |
|---|---|---|---|---|---|---|
| 2. SEX **FEMALE** | 3a. NUMBER DELIVERED of this pregnancy **1** | 4a. DATE OF CHILD'S BIRTH (Month) **JULY** | (Day) **16,** | (Year - yyyy) **2024** | 4b. Time **6:33** | ☐ AM ☒ PM |
| | 3b. If more than one, number of this child in order of delivery | | | | | |

5. PLACE OF BIRTH

| 5a. NEW YORK CITY BOROUGH **QUEENS** | 5b. Name of Hospital or other facility (if not facility, street address) **LONG ISLAND JEWISH FOREST HILLS** |
|---|---|

5c. TYPE OF PLACE: ☒ Hospital ☐ Freestanding Birthing Center ☐ Clinic/Doctor's Office ☐ Home Delivery: Planned to deliver at home? ☐ Yes ☐ No ☐ Unknown ☐ Other specify:

| 6a. MOTHER/PARENT'S NAME (Prior to first marriage) (First, Middle, Last, Suffix) SEX __ M ☒ F __ X **JOSSELYN ANDREA DUQUE INFANTE** | 6b. MOTHER/PARENT'S DATE OF BIRTH (Month) **05** / (Day) **27** / (Year - yyyy) **1994** | 6c. MOTHER/PARENT'S BIRTHPLACE City & State or foreign country **ECUADOR** |
|---|---|---|

| 7. MOTHER/PARENT'S USUAL RESIDENCE a. State **NY** | b. County **QUEENS** | 7c. City or town **KEW GARDENS** | 7d. Street and number **12009 84TH AVE BSMT** | Apt. No. | ZIP Code **11415** | 7a. Inside city limits of 7c? Yes ☒ No ☐ |
|---|---|---|---|---|---|---|

| 8a. FATHER/PARENT'S NAME (Prior to first marriage) (First, Middle, Last, Suffix) SEX ☒ M __ F __ X **JORDAN ANTHONY TAMAY TORRES** | 8b. FATHER/PARENT'S DATE OF BIRTH (Month) **11** / (Day) **15** / (Year - yyyy) **1995** | 8c. FATHER/PARENT'S BIRTHPLACE City & State or foreign country **ECUADOR** |
|---|---|---|

| 9a. NAME OF ATTENDANT AT DELIVERY **CARLOS A HLEAP** | ☒ M.D. ☐ D.O. ☐ Le. Midwife ☐ Other-Specify | ☐ RPA ☐ R.N. | No Correction History *** |
|---|---|---|---|

9b. I CERTIFY THAT THIS CHILD WAS BORN ALIVE AT THE PLACE, DATE AND TIME GIVEN ☐ M.D. ☐ D.O. ☒ Hosp. Admin. ☐ Lic. Midwife ☐ Other Specify ☐ RPA ☐ R.N.

Signed *EGIDIA GIACOIA*  Signature Electronically Authenticated

Name of Signer **EGIDIA GIACOIA** (Type or Print)

Address **10201 66TH RD, FOREST HILLS, NY, 11375**

Date Signed **JULY 18** Year - yyyy **2024**

Mother/Parent's Current (First, Middle, Last) Legal Name **JOSSELYN ANDREA DUQUE INFANTE**

Address **12009 84TH AVE** Apt **BSMT**

City **KEW GARDENS** State **NY** ZIP **11415**

Above is a Certificate of Birth Registration for your child, which is sent without charge. The Department of Health and Mental Hygiene does not certify to the truth of the statements made here, as no inquiry as to the facts has been provided by law. See reverse side for information on how to correct a birth record.

Este es el registro del certificado de nacimiento de su niño (a), se le ha mandado gratis. El Departamento de Salud no certifica la veracidad de la información en el certificado, así que ninguna investigación sobre los hechos ha sido provista por la ley. Vea al lado reverso la información para corregir un certificado de nacimiento.

MAYOR

COMMISSIONER OF HEALTH AND MENTAL HYGIENE

CITY REGISTRAR

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.

July 19, 2024

1330000378388

|  |  |  |
|---|---|---|
| _____ | ) |  |
| Josselyn Andrea Duque Infante, | ) |  |
|  | ) | A No. 245-800-440 |
| Next of Friend | ) |  |
|  | ) |  |
| V. | ) |  |
| Field Office Director of New York | ) |  |
| Immigration and Customs Enforcement, | ) |  |
| Kristi Noem in her official capacity as | ) |  |
| Secretary of Homeland Security; Pam Bondi | ) |  |
| In her official capacity as Attorney General. | ) |  |
|  | ) |  |
|  | ) |  |
| Respondents. | ) |  |

_____

DECLARATION OF <u>Josselyn Andrea Duque Infante</u>

I, <u>Josselyn Andrea Duque Infante</u>, pursuant of a Writ of Habeas Corpus under 28 U.S.C. §2241 declare as follows:

1. My name is <u>Josselyn Andrea Duque Infante</u>. I am acting in the best interest of petitioner Jordan Anthony Tamay Torres who is my partner in filing this habeas corpus challenging his unlawful detention.
2. I submit this declaration in support of Jordan Anthony Tamay Torres A number 245-800-440.
3. Attached hereto as is a copy of identification document

Dated: _11/23/2025_

_____
Next of Friend on behalf of
Jordan Anthony Tamay Torres

# EXHIBIT B

COPY OF PETITIONER'S EOIR CASE UPDATE SHOWING NEXT COURT SCHEDULED APPEARANCE

# Automated Case Information

## Name: TAMAY TORRES, JORDAN ANTHONY | A-Number: 245-800-440 | Docket Date: 4/3/2024

 Next Hearing Information

# Docket Date: 4/3/2024

 **Next Hearing Information**

Your upcoming **INDIVIDUAL** hearing is on **January 20, 2028** at **10:30 AM**.

## JUDGE

Harbeck, Dorothy A.

## COURT ADDRESS

26 FEDERAL PLZ,

12TH FL RM1237

NEW YORK, NY 10278

# EXHIBIT C

COPY OF PETITIONER'S EMAIL NOTIFICATION HE RECEIVED TO APPEAR TO THE ICE CHECK-IN FOR NOVEMBER 23RD, 2025

# Appointment Confirmed:

## Sunday, November 23, 2025 07:00AM (EST)

### Confirmation # FOAS1434907

**Please keep this confirmation number for your records.**

**Selected Location:**

**NEW YORK FIELD OFFICE (NYC)**
26 FEDERAL PLAZA
NEW YORK, NY 10278

📞 212-436-9315

✉ ERONYCAPPOINTMENTS@ice.dhs.gov

**Appointment Information:**

👤 Name: **TAMAY TORRES, JORDAN**

🆔 Alien Number: **245800440**

🆔 Subject ID: **391675388**

🆔 Case ID: **23280786**

ℹ Appointment Type: **Non-Detained Single**

**Site Directions:**

**Family Units, please report to 26 Federal Plaza, 5th Floor, Room 537C at your scheduled appointment time with all members of your immediate family. Bring with you, original documents to confirm proof of citizenship (passport, birth certificate, cedula). Also bring with you, proof of address (must reside in New York Area of Responsibility) and a valid cell phone number.**

**All others, please report to room 102 in the lobby at your scheduled appointment time.**

**Preséntese en 26 Federal Plaza, 5th Floor, Room 537C a la hora programada para su cita con todos los miembros de su familia inmediata. Lleve consigo los documentos originales para confirmar la prueba de ciudadanía (pasaporte, certificado de nacimiento, cédula). También traiga consigo un comprobante de domicilio (debe residir en el Área de responsabilidad de Nueva York) y un número de teléfono celular válido.**

**Todos los demas, presentense a la sala 102 a la hora programada para su cita.**

**Site Instructions:**

**When scheduling an appointment, please provide a phone number and/or an email address so that we may communicate any changes in your appointment if the need arises.**

**Please bring your identification documents and all paperwork issued upon release.**

# EXHIBIT D

COPY OF PETITIONER'S NOTICE TO APPEAR WHEN HE ENTERED THE UNITED STATE ON FEBRUARY 7TH, 2024

DEPARTMENT OF HOMELAND SECURITY
## NOTICE TO APPEAR

In removal proceedings under section 240 of the Immigration and Nationality Act:

Subject ID: 391675388    FINS #: 1354980448    File No: A245 800 440
DOB: 11/15/1995

In the Matter of:                                              Event No: AJO2402000104
Respondent:    JORDAN ANTHONY TAMAY TORRES    currently residing at:

12009 84TH AVE  KEW GARDENS, NEW YORK, 11415-3104    +1 (347) 358-4854
(Number, street, city, state and ZIP code)                 (Area code and phone number)

☐ You are an arriving alien.

☒ You are an alien present in the United States who has not been admitted or paroled.

☐ You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1. You are not a citizen or national of the United States;
2. You are a native of ECUADOR and a citizen of ECUADOR ;
3. You arrived in the United States at or near LUKEVILLE,  AZ , on or about February 7, 2024 ;
4. You were not then admitted or paroled after inspection by an Immigration Officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to:    ☐ 8CFR 208.30    ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

26 FEDERAL PLZ, 12TH FL RM1237 NEW YORK NY 10278
(Complete Address of Immigration Court, including Room Number, if any)

on February 07, 2025 at  08:30 AM  to show why you should not be removed from the United States based on the
   (Date)         (Time)
charge(s) set forth above.    ALBERT WHARTON JR    ALBERT J WHARTON JR
                              Acting/Patrol Agent in Charge    Date: 2024.02.08 03:50:55 -07:00
                                                               0538272610.CBP
                              (Signature and Title of Issuing Officer)

Date: February 08, 2024    Yuma, Arizona
                           (City and State)

DHS Form I-862 (6/22)                                              Page 1 of 3