USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/24/25____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORDAN ANTHONY TAMAY TORRES,

                Petitioner,

-against-

LaDEON FRANCIS; KRISTI NOEM; PAM BONDI,

                Respondents.

25-CV-9573 (ALC)

ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION

ANDREW L. CARTER, JR., United States District Judge:

      Petitioner Jordan Anthony Tamay Torres brings this petition for a writ of *habeas corpus* by his next friend, Josselyn Andrea Duque Infante, who is proceeding *pro se*. To proceed with a petition for a writ of *habeas corpus* in this court, a $5.00 filing fee must be paid or, to request authorization to proceed *in forma pauperis* ("IFP"), a completed and signed IFP application must be filed. *See* 28 U.S.C. §§ 1914, 1915. At the time of filing, neither Petitioner nor Ms. Infante filed an IFP application or paid the $5.00 fee.

      Accordingly, within 30 days of the date of this order, Petitioner or Ms. Infante must pay the $5.00 filing fee or submit a completed and signed IFP application.[1] If an IFP application is filed, it should be labeled with docket number 25-CV-9573 (ALC). If the Court grants the IFP application, this action will proceed without the prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

      If Petitioner or Ms. Infante fail to comply with this order within the time allowed, and do not request additional time to respond, the Court will dismiss this action.

---

[1] An IFP application form is attached to this order.

Ms. Infante may receive court documents by email by completing the form, Consent to Electronic Service.[2]

Because, at this time, the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

The Court directs the Clerk of Court to mail a copy of this order to Ms. Infante at the address listed on the docket sheet for this action and by email to joss_andrea94@hotmail.com.

SO ORDERED.

Dated:   November 24, 2025
        New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge

---

[2] Attached to this order are relevant instructions and the Consent to Electronic Service form. If Ms. Infante consents to receive documents by email, she will no longer receive court documents by regular mail.

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____
Name (Last, First, MI)

| | | | |
|---|---|---|---|
| Address | City | State | Zip Code |

| | |
|---|---|
| Telephone Number | E-mail Address |

| | |
|---|---|
| Date | Signature |

**Click Here to Save**